UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| WESLEY BRETT GARNER, <br> GARRETT WESTON GARNER, <br> EMC INCORPORATED BUILDING <br> SYSTEMS, MATTHEW C. ELLIS <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN NATIONAL PROPERTY <br> AND CASUALTY COMPANY, <br> SCOTTSDALE INSURANCE <br> COMPANY, PROGRESSIVE HAWAII <br> INSURANCE CORPORATION <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 4:10-cv-00006 <br> ) TWELVE PERSON JURY DEMAND <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AGREED STIPULATION OF DISMISSAL

Come now the plaintiffs, through their counsel, and Scottsdale Insurance Company, through counsel, pursuant to Fed. R. Civ. P. 41 and stipulate that the above captioned case should be dismissed, with prejudice, against Scottsdale Insurance Company only, based upon the payment of policy limits by Scottsdale Insurance Company for the loss sustained by EMC INCORPORATED BUILDING SYSTEMS.

Counsel for all parties have agreed to this dismissal, as evidence by their electronic signatures below, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Respectfully submitted,

 s/ Parks T. Chastain
**PARKS T. CHASTAIN**
Registration No. 13744
Attorney for Defendant, Scottsdale Insurance
Company

**BREWER, KRAUSE, BROOKS,**

SD EMC Stip Dismissal 100823
6070 10029

Case 4:10-cv-00006-HSM-SKL   Document 15   Filed 09/17/10   Page 1 of 3   PageID #: 51

**CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787


  s/ Michael M. Raulston
**MICHAEL M. RAULSTON (by PTC with permission granted 08/30/10)**
Registration No. 001845
Attorney for Plaintiffs, Wesley Brett Garner, Garrett Weston Garner, EMC Incorporated Building Systems, and Matthew C. Ellis

511 Georgia Avenue, 2nd Floor
Chattanooga, TN 37403-3448
(423) 756-1233


  s/ N. Mark Kinsman
**N. MARK KINSMAN (by PTC with permission granted 08/30/10)**
Registration No. 006039
Attorney for Defendant, American National Property and Casualty Company

**BAKER, KINSMAN, HOLLIS, CLELLAND & WINER, PC**
First Tennessee Bldg.
701 Market Street, Suite 1500
Chattanooga, TN 37402
(423) 756-3333


*s/* Terrill L. Adkins
**TERRILL L. ADKINS (by PTC with permission granted 09/16/10)**

Registration No. 013138
Attorney for Defendant, Progressive Hawaii Insurance Corporation

Trammell, Adkins & Ward, P.C.
P. O. Box 51450

Knoxville, TN 37950
(865) 330-2577

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of September, 2010, a true and correct copy of the foregoing STIPULATION OF DISMISSAL was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

Michael M. Raulston, Esquire
511 Georgia Avenue, 2nd Floor
Chattanooga, TN 37403-3448

N. Mark Kinsman, Esquire
Baker, Kinsman, Hollis, Clelland & Winer, PC
First Tennessee Bldg.
701 Market Street, Suite 1500
Chattanooga, TN 37402

Terrill L. Adkins, Esquire
Trammell, Adkins & Ward, P.C.
P. O. Box 51450
Knoxville, TN 37950

                                          s/ Parks T. Chastain
                                          **PARKS T. CHASTAIN**

PTC:dmt