IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE,
AT WINCHESTER

| | |
|---|---|
| WESLEY BRETT GARNER, <br> GARRETT WESTON GARNER, <br> EMC INCORPORATED BUILDING <br> SYSTEMS, MATTHEW C. ELLIS <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN NATIONAL PROPERTY <br> AND CASUALTY COMPANY, <br> SCOTTSDALE INSURANCE COMPANY, <br> PROGRESSIVE HAWAII INSURANCE <br> CORPORATION <br><br> Defendants. | CIVIL ACTION <br><br> NO. 4:10CV00006 <br><br> JURY DEMAND |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Came the plaintiffs, by and through counsel, and announced to the court that all matters here in controversy between the parties had been compromised and settled out of court, and that the Plaintiffs, for valuable consideration, have executed a release in full and final settlement of all their claims against the defendants arising out of the matters here in controversy. Therefore, plaintiffs hereby give notice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* that the above styled action is dismissed with full prejudice against another action.

This 29 day of Oct, 2010.

_____
Michael M. Raulston, Esquire
511 Georgia Avenue, 2nd Floor
Chattanooga, TN 37403-3448
Attorney for Plaintiffs

1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 29, 2010, a copy of the foregoing *Stipulation of Dismissal* was filed electronically. Notice of these filings was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt including:

Parks T. Chastain
Brewer, Krause, Brooks,
Chastain & Burrow, PLLC
P. O. Box 23890
Nashville, TN 37202-3890

N. Mark Kinsman, Esquire
Baker, Kinsman, Hollis, Clelland & Winer, PC
First Tennessee Bldg.
701 Market Street, Suite 1500
Chattanooga, TN 37402

Terrill L. Adkins, Esquire
Trammell, Adkins & Ward, P.C.
P. O. Box 51450
Knoxville, TN 37950

All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Michael M. Raulston, Esquire
511 Georgia Avenue, 2nd Floor
Chattanooga, TN 37403-3448
Attorney for Plaintiffs