IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE,
AT WINCHESTER

| | | |
|---|---|---|
| WESLEY BRETT GARNER, <br> GARRETT WESTON GARNER, <br> EMC INCORPORATED BUILDING <br> SYSTEMS, MATTHEW C. ELLIS | ) <br> ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | CIVIL ACTION |
| vs. | ) <br> ) | NO. 4:10CV00006 |
| AMERICAN NATIONAL PROPERTY <br> AND CASUALTY COMPANY, <br> SCOTTSDALE INSURANCE COMPANY, <br> PROGRESSIVE HAWAII INSURANCE <br> CORPORATION | ) <br> ) <br> ) <br> ) <br> ) <br> ) | JURY DEMAND |
| Defendants. | ) | |

## AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE

Came the plaintiffs, by and through counsel, and announced to the court that all matters here in controversy between the parties had been compromised and settled out of court, and that the Plaintiffs, for valuable consideration, have executed a release in full and final settlement of all their claims against the defendants arising out of the matters here in controversy. Therefore, plaintiffs hereby give notice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* that the above styled action is dismissed with full prejudice against another action.

This __15__ day of November, 2010.

*/s/ Michael M. Raulston*
Michael M. Raulston,
Attorney for Plaintiffs
511 Georgia Avenue, 2nd Floor
Chattanooga, TN 37403-3448

1

_____
N. Mark Kinsman,
Attorney for American National Property & Casualty Company
Baker, Kinsman, Hollis, Clelland & Winer, PC
First Tennessee Bldg.
701 Market Street, Suite 1500
Chattanooga, TN 37402

_____
Terrill L. Adkins,
Attorney for Progressive Hawaii Insurance Corporation
Trammell, Adkins & Ward, P.C.
P. O. Box 51450
Knoxville, TN 37950

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 15, 2010, a copy of the foregoing *Amended Stipulation of Dismissal* was filed electronically. Notice of these filings was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt including:

Parks T. Chastain, Esquire
Attorney for Scottsdale Insurance Company
Brewer, Krause, Brooks,
Chastain & Burrow, PLLC
P. O. Box 23890
Nashville, TN 37202-3890

N. Mark Kinsman, Esquire
Attorney for American National Property & Casualty Company
Baker, Kinsman, Hollis, Clelland & Winer, PC
First Tennessee Bldg.
701 Market Street, Suite 1500
Chattanooga, TN 37402

Michael M. Raulston, Esquire
Attorney for Plaintiffs
511 Georgia Avenue, 2nd Floor
Chattanooga, TN 37403-3448

2

Terrill L. Adkins, Esquire
Attorney for Progressive Hawaii Insurance Corporation
Trammell, Adkins & Ward, P.C.
P. O. Box 51450
Knoxville, TN 37950

All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Mark Kinnman